**IT IS ORDERED as set forth below:**



Date: August 2, 2018

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: JIMMIE LEE CHAPMAN JR. | ) | CASE NO. 18-53711-LRC |
| | ) | |
| | ) | CHAPTER 13 |
| **Debtor** | ) | |
| | ) | JUDGE RITCHEY CRAIG |

### CONSENT ORDER ON OBJECTION TO CONFIRMATION

The above styled Objection to Confirmation by Microf LLC ("Microf") having been set for hearing on July 10, 2018, and it appearing to the Court that the parties consent hereto:

IT IS HEREBY ORDERED that the Objection to Confirmation is SUSTAINED, and will be addressed by the terms set out herein; and it is

FURTHER ORDERED that the $1,557.45 in arrears owing on Debtor's lease with Creditor Microf as of July 23, 2018 shall be cured as follows:

1. Debtor shall pay $934.47 in arrears directly to Microf by August 3, 2018.

2. Debtor shall amend the plan to cure $622.98 in arrears through payments by the Chapter 13 Trustee.

and it is

FURTHER ORDERED that Microf shall be allowed to amend its previously filed Proof of Claim (Claim No. 6) in conformance with the amended plan; and it is

FURTHER ORDERED that Debtor will resume making regular monthly lease payments direct to Microf, per the terms of the lease agreement, with the payment of $311.49 coming due on August 20, 2018; and it is

FURTHER ORDERED that should Debtor default on payment of the $934.47 in arrears owing and to be paid direct by August 3, 2018, then upon notice of default sent to Debtor by first class mail and Debtor's attorney by first class mail or electronic mail, and failure of Debtor to cure such default within fourteen days of transmission of such notice, Microf may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an order modifying the automatic stay, without further notice or hearing; and it is

FURTHER ORDERED that upon the filing of a new plan complying with the directions of this Order, Microf shall withdraw its pending Objection to Confirmation within seven (7) days of the filing of the amended plan.

**END OF DOCUMENT**

Prepared by:

s/ W. Read Pope
W. Read Pope
Attorney for Microf LLC
Ga. Bar No. 753805

Pope/Partners LLC
2472 Jett Ferry Rd
Suite 400-174
Dunwoody, GA 30338
334-539-8050
read.pope@popelawllc.com

Consented to by:

s/ W. Read Pope
W. Read Pope
Attorney for Microf LLC
Ga. Bar No. 753805
Pope/Partners LLC
2472 Jett Ferry Rd
Suite 400-174
Dunwoody, GA 30338
334-539-8050
read.pope@popelawllc.com

s/ Darren Hojnacki
Darren Hojnacki
(by W. Read Pope with express permission)
Attorney for Debtor
Ga. Bar No. 100206
Slipakoff and Slomka PC
Overlook III Building
2859 Paces Ferry Rd SE
Suite 1700
Atlanta, GA 30339
404-800-4001
dh@myatllaw.com

No Opposition:

s/Mandy Campbell
Mandy K. Campbell
(by W. Read Pope with express permission)
GA Bar 142676
Staff Attorney
Melissa J. Davey, Ch. 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303
678-510-1444

DISTRIBUTION LIST

Jimmie Lee Chapman, Jr.
3436 Buffington Way
Powder Springs, GA 30127

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303