# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: JIMMIE LEE CHAPMAN, JR | : | CHAPTER 13 |
| Debtor, | : | CASE NO.: 18-53711-LRC |
| JIMMIE LEE CHAPMAN, JR | : | |
| Movant, | : | |
| v. | : | |
| TITLE TREE WEST LLC | : | IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| Respondent. | : | |

## OBJECTION TO FILED PROOF OF CLAIM

NOW COMES the Debtor/Movant, JIMMIE LEE CHAPMAN, JR, in the above-styled case, by and through his attorney of record, and objects to the filed Proofs of Claim of the Respondent, TITLE TREE WEST LLC ("TITLE TREE") on the following grounds, showing the court as follows:

1.

On or about May 31, 2018, Respondent, filed a Claim (Claim No. 7) (the "First Claim") for a title lien on a motor vehicle. The First Claim provides that Debtor owes $1002.27 for an unpaid title lien secured by a motor vehicle. On or about August 9, 2018, Respondent, filed a Claim (Claim No. 9) (the "Second Claim") for a title pawn on a motor vehicle. The Second Claim provides that Debtor owes $1456.59 for an unpaid title pawn secured by a motor vehicle.

2.

Debtor has only one loan with Respondent. It is unclear based on the claims filed if the Second Claim amends the First Claim. In addition, Respondent has not included with either the First Claim or Second Claim the required statement itemizing interest, fees, expenses and or other charges nor has Respondent included the required documents that evidence perfection of a secured interest. A copy of the First Claim is attached hereto as **Exhibit "A"** and a copy of the Second Claim is attached hereto as **Exhibit "B"**.

3.

It is not clear from the above and the attached claims exactly how much Debtor may owe to Respondent or if Respondent has a valid secured interest in a vehicle belonging to Debtor. The First and Second Claim fail to provide an accounting on the loan(s) and Respondent has not submitted any documentation which verifies the amount owed nor has Respondent provided any documentation which shows Respondent has a valid title lien, title pawn or any other type of secured loan on a vehicle belonging to Debtor.

WHEREFORE, Debtor prays that this Court disallow the Claim on behalf of the Respondent or require Respondent to submit a corrected claim which attaches all required documentation and information so Debtor can assess the validity and accuracy of any claim filed by Respondent.

Respectfully submitted this 4th day of September, 2018.

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.

Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1 __Jimmie Chapman__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court __Northern District of Georgia__

Case number: __18-53711__

FILED
U.S. Bankruptcy Court
Northern District of Georgia

5/31/2018

M. R. Thomas, Clerk

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Title Tree West LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor: Jimmie L Chapman JR |
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Title Tree West LLC<br>Name<br>639 Thornton Rd suite 112<br>Lithia Springs, GA 30122<br><br>Contact phone __770-809-3300__<br>Contact email __Frichardson@titletree.com__<br><br>**Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Contact phone _____<br>Contact email _____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ |
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                Proof of Claim                page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. How much is the claim? | $ 1002.27      **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Money loaned |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☑ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** Title Lien<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ 2650.00<br>**Amount of the claim that is secured:** $ 1002.27<br>**Amount of the claim that is unsecured:** $ 0.00    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ 1002.27<br><br>**Annual Interest Rate** (when case was filed)  108.2 %<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410            Proof of Claim            page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    5/31/2018
                    MM / DD / YYYY

/s/ Felicia Richardson
_____
Signature

Print the name of the person who is completing and signing this claim:

Name         Felicia Richardson
             First name   Middle name   Last name

Title        Branch Manager

Company      Title Tree West LLC
             Identify the corporate servicer as the company if the authorized agent is a servicer

Address      639 Thornton Rd Suite 112
             Number   Street
             Lithia Springs, GA 30122
             City   State   ZIP Code

Contact phone   770-809-3300         Email   Frichardson@titletree.com

# EXHIBIT B

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1   Jimmie Chapman | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court   Northern District of Georgia | |
| Case number:  18-53711 | |

**FILED**
U.S. Bankruptcy Court
Northern District of Georgia
8/9/2018
M. R. Thomas, Clerk

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Title Tree West LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor     Jimmie L Chapman JR |
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Title Tree West LLC<br>Name<br>639 Thornton Rd suite 112<br>Lithia Springs, GA 30122<br><br>Contact phone _____770-809-3300_____<br>Contact email ____Frichardson@titletree.com____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent?** (if different)<br>639 Thornton rd<br>Name<br><br>Contact phone _____<br>Contact email _____ |
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>                                                                                                MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410                                                   Proof of Claim                                                       page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 3738 |
| 7. How much is the claim? | $ 1456.59    **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>title pawn |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☑ Motor vehicle<br>☐ Other. Describe:<br><br>**Basis for perfection:** lien holder on car<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ 2650.00<br>**Amount of the claim that is secured:** $ 0.00<br>**Amount of the claim that is unsecured:** $ 1456.59   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ 454.32<br><br>**Annual Interest Rate** (when case was filed) 8.90 %<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: |

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  8/9/2018
MM / DD / YYYY

/s/ Felicia Richardson
Signature

Print the name of the person who is completing and signing this claim:

Name: Felicia Richardson
First name   Middle name   Last name

Title: Branch Manager

Company:
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 639 Thornton rd sui
Number Street
lithia springs, GA 30122
City State ZIP Code

Contact phone  770-809-3300    Email  Frichardson@titletree.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: JIMMIE LEE CHAPMAN, JR | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 18-53711-LRC |
| | : | |
| JIMMIE LEE CHAPMAN, JR | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| TITLE TREE WEST LLC | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |
| Respondent. | : | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that JIMMIE LEE CHAPMAN, JR, Debtor/Movant has filed an Objection to Filed Proof of Claim and related papers with the Court seeking an order Disallowing the Claims of TITLE TREE WEST LLC.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection to Filed Proof of Claim in *Courtroom 1204 of the United States Courthouse, Federal Building, 75 Ted Turner Dr. SW, Atlanta, GA 30303 at 1:45 P.M., on October 16, 2018*.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr. SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 4, 2018

/s/ _____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: JIMMIE LEE CHAPMAN, JR | : | CHAPTER 13 |
| Debtor, | : | CASE NO.: 18-53711-LRC |
| JIMMIE LEE CHAPMAN, JR | : | |
| Movant, | : | |
| v. | : | |
| TITLE TREE WEST LLC | : | IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **OBJECTION TO FILED PROOF OF CLAIM and NOTICE OF HEARING** in the above styled case by depositing same in the United States Mail with adequate postage affixed thereto to insure delivery addressed as follows:

Melissa J. Davey, Chapter 13 Trustee (served via ECF)
260 Peachtree St NE #200
Atlanta, GA 30303

Jimmie Lee Chapman, Jr.
3436 Buffington Way
Powder Springs  GA   30127

Title Tree West LLC
639 Thornton Rd
Suite 112
Lithia Springs, GA 30122
Attn: Felicia Richardson[1]

---

[1] Address and signatory per POC-7 and POC-9

TITLE TREE WEST, LLC
2078 Beaver Ruin Road
Suite 300
Norcross, GA, 30071[2]

TITLE TREE WEST, LLC
c/o Rommel Castaneda
2078 Beaver Ruin Road
Suite 300
Norcross, GA, 30071[3]

Dated: September 4, 2018

/s/ _____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

---

[2] Principal office address per Georgia Secretary of State
[3] Registered agent per Georgia Secretary of State