**IT IS ORDERED as set forth below:**



Date: November 3, 2022

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| JIMMIE LEE CHAPMAN, JR., | : | 18-53711 - LRC |
|  | : |  |
| Debtor. | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 13 OF THE |
|  | : | BANKRUPTCY CODE |

**ORDER AND NOTICE OF HEARING FOR DEBTOR TO SHOW CAUSE
WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE**

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final report and accounting (Docket Nos. 63 & 66). The Debtor has failed to file the 11 U.S.C. § 1328 Certificate and the Court is unable to enter a discharge. Accordingly, it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtor shall appear for a telephonic hearing and show cause why this bankruptcy case should not be closed without entry of a discharge at the following number: (toll-free number: 833-568-8864; meeting id: 161 346 1602) on **December 6, 2022** at **9:15 a.m**., in Courtroom 1204, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If the Debtor files all necessary documents prior to the hearing date, the matter shall be removed from the calendar. If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

The Clerk is DIRECTED to serve a copy of this Order and Notice upon the Debtor, Counsel for the Debtor, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**